LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| CAROL S. BUVOLTZ, | ) CASE NO. C 06 1706 JSW |
|---|---|
| Plaintiff, | ) Before the Honorable JEFFREY S. WHITE |
| v. | ) **[PROPOSED] ORDER VACATING** |
| ELI LILLY AND COMPANY, | ) **AND/OR CONTINUING CASE** |
| Defendants. | ) **MANAGEMENT CONFERENCE** |
| | ) Conference Date: June 30, 2006 |
| | ) Conference Time: 1:30 PM |
| | ) Location: Courtroom 12, 17TH Floor |
| | ) SAN FRANCISCO |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

hereby continues the June 30, 2006 Case Management Conference ("CMC") to  December 8, 2006  ,

at  1:30 p.m. . In the event the case is not transferred to the Honorable Claudia Wilken and/or as part

of MDL No. 1596 – *In re Zyprexa Liability Litigation,* far enough in advance of the new CMC date,

the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this

Court's Standing Order. Plaintiff is HEREBY ORDERED to serve Defendants within 120 days of the
date of this Order.

**IT IS SO ORDERED.**

DATED:  June 21, 2006

Honorable JEFFREY S. WHITE
United States District Court Judge

- 3 -     [PROPOSED] ORDER